# United States District Court

## District of Utah

| | |
|---|---|
| Michael James Schwab | |
| Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Michele Randall, et al. | Case Number: 4:24-cv-00076-AMA-PK |
| Defendants | |

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed.

January 10, 2025

*Date*

BY THE COURT:

_(signature)_

Ann Marie McIff Allen
United States District Judge